-O-  JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC NEUFER,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>KEN CLARK, Warden,<br><br>　　　　　　Respondent. | Case No. CV 09-7137-VBF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 12/17/2012

　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge